

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-85,401-02 and -03

### EX PARTE CESAR BENITEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. W14-00035M (A) and W13-54265M (A) IN THE 194th DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offenses of burglary of a habitation with intent to commit sexual assault and aggravated sexual assault with a deadly weapon. He was sentenced to imprisonment for eighty-five years in each cause.

On June 8, 2016, an order designating issues pertaining to both applications was signed by the trial court. The habeas records have been properly forwarded to this Court by the district clerk pursuant to TEX. R. APP. P. 73.4(b)(5). However, the records have been forwarded without the trial court having resolved the designated issues in these cases. We remand these applications to the

194th District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.


Filed: March 1, 2017
Do not publish